No. 148, Misc.   PANKOLA v. WARDEN, PHILADELPHIA COUNTY PRISON.   Supreme Court of Pennsylvania.   Certiorari denied.

No. 153, Misc.   PAYNE v. ASHE, WARDEN.   Supreme Court of Pennsylvania.   Certiorari denied.